**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 23, 2015.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-15-00500-CV

_____

### IN RE HAVEN CHAPEL UNITED METHODIST CHURCH, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 62845**

## MEMORANDUM OPINION

On June 9, 2015, relator Haven Chapel United Methodist Church filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Terri Holder, presiding judge of the 149th District Court of Brazoria County, to: (1) vacate the trial court's grant of summary judgment against relator; (2) vacate the trial court's grant of declaratory judgment in favor of

Brazoria County; and (3) vacate the trial court's Rule 91a dismissal of relator's religious discrimination cause of action.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.